**96–2656. Castle Nursing Homes, Inc. v. Sullivan.**
Holmes App. No. 95CA541. On motion for supersedeas bond. Motion denied.

**96–2852. Pegan v. Crawmer.**
Licking App. No. 94CA106. On motion to dismiss. Motion denied.

**97–22. State v. Richardson.**
Lorain App. No. 95CA006109. On motion for leave to file delayed appeal. Motion denied.

**97–31. State v. Young.**
Lucas App. No. L–95–288. On motion for leave to file delayed appeal. Motion granted.

Douglas and F.E. Sweeney, JJ., dissent.

**97–44. State v. King.**
Cuyahoga App. No. 68726. On motion for leave to file delayed appeal. Motion granted.

Douglas, F.E. Sweeney and Pfeifer, JJ., dissent.

**97–183. Kenneth Hall Realty Co. v. Noel.**
Stark App. No. 1996CA00075. On motion for stay of court of appeals' judgment. Motion denied.

**97–250. State v. Williams.**
Butler App. Nos. CA96–09–180 and CA96–09–181. On motion to expedite. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**96–2620. Grace v. Koch.**
Hamilton App. No. C–950802.

Douglas, Cook and Lundberg Stratton, JJ., dissent.

**96–2642. Fort Frye Teachers Assn., OEA/NEA v. State Emp. Relations Bd.**
Washington App. No. 95CA33. (Appeal by State Employment Relations Board; second appeal by Fort Frye Local School District Board of Education; cross-appeal of Fort Frye Teachers Association, OEA/NEA, and Michael Rauch.)

Resnick, F.E. Sweeney and Cook, JJ., dissent.

**96–2702. Hoppes Builders & Dev. Co. v. Hurren Builders, Inc.**
Clark App. No. 96CA23.

Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**96–2706. In re Washington.**
Cuyahoga App. No. 69283.

Resnick and Pfeifer, JJ., dissent.